UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN-FUSIO, S.A.,

        Plaintiff(s),

v.

MICROSOFT CORPORATION,

        Defendant(s).

NO. C06-1801P

ORDER ON MOTION TO SEAL

The above-entitled Court, having received and reviewed:

1. Plaintiff's Motion to Seal Declaration of William Gross (Dkt. No. 3)

2. Defendant's Response (Dkt. No. 15)

3. Plaintiff's Reply (Dkt. No. 16)

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that the motion is PARTIALLY GRANTED and PARTIALLY DENIED. The following portions of the Declaration and its exhibits will be sealed:

- The original Declaration of William Gross (Dkt. No. 4)
- Section 6.4 of the Development and Distribution Agreement, including its subsections, contained in Exhibit A to the Declaration
- The e-mail from Mr. Gross to Steven Schreck dated September 20, 2006, contained in Exhibit D to the Declaration
- Exhibits A and F attached to Exhibit A (containing various Halo game concepts), the second paragraph of the e-mail contained in Exhibit B, and the entirety of Exhibits C and G to the Declaration.

The remainder of the motion (to seal the remainder of the exhibits) will be DENIED.

**ORDER ON
MTN TO SEAL - 1**

IT IS FURTHER ORDERED that Plaintiff shall have leave to file a redacted version of the document in question, which shall supersede the original Declaration.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: January 12, 2007

*[signature]*
Marsha J. Pechman
U.S. District Judge

**ORDER ON**
**MTN TO SEAL - 2**